

# COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:      Kevin Rayshaun Banks v. The State of Texas

Appellate case number:   01-22-00633-CR

Trial court case number:  18974

Trial court:                      12th District Court of Grimes County

Counsel's motion to withdraw as appellant counsel for appellant is GRANTED. The Court requests that appellant inform the Court by no later than October 24, 2022 on whether appellant will retain new counsel, is now indigent and wishes the trial court to appoint appellant new counsel at no cost to him, or represent himself on appeal. Unless appellant informs the Court by this deadline who his retained counsel will be or that he will represent himself, the Court will issue an abatement order remanding the appeal to the trial court to conduct a hearing to determine the issues.

It is so ORDERED.

Judge's signature: _____/s/ Sarah B. Landau_____
                                        Acting individually

Date:   ___September 22, 2022_____